IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K.S. and J.H., | : | |
|     Plaintiffs | : | No. 1:17-cv-00036 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| PAT J. BRUNO, M.D., | : | |
| EVAN WALLACE CROWE, M.D. | : | |
|     Defendants | : | |

## ORDER

**AND SO**, on this 30th day of March 2018, in accordance with the accompanying Memorandum, upon consideration of Defendants Patrick J. Bruno, M.D., and Evan Wallace Crowe, M.D. (the "Medical Defendants") motion to dismiss (Doc. No. 13), and the Medical Defendants' and Non-Party Geisinger Health's motion for a protective order (Doc. No. 19), **IT IS ORDERED THAT**:

1. The Medical Defendants' motion to dismiss (Doc. No. 13), is **GRANTED**;

2. Plaintiffs' complaint is **DISMISSED WITH PREJUDICE**;

3. The motion for protective order (Doc. No. 19), is **DENIED AS MOOT**; and

4. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania